UNITED STATES DISTRICT COURT FILED
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2012 MAY -4 PM 1:47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LEWIS OWENS,
    Plaintiff,

v.

JOHN DOES 1-3
    Defendants.

(To Be Set)

6:12-cv-685-ORL-18GJK

## PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION

Comes now the Plaintiff, Lewis Owens, in Pro Se manner, hereby requests a preliminary injunction in seeking protection against officials at Florida State Prison based on the following facts:

1) Plaintiff is in the process of filing a 1983 civil rights against officials at Florida State Prison. He has exhausted the grievance process and is currently awaiting on officials to provide 6 month financial statement and notary.

2) At this stage, officials have become aware of Plaintiff's acts in filing a 1983 against certain prison officials for physical abuse under the 12th Amendment.

3) On 04-17-12 at appx. 10:00 PM, the cameras on this wing (M-Wing) will show 2 officers coming to my cell door and making physical threats against me. Wing cameras also have audio. Prior to said officers approaching my cell door, the duty captain came on the wing at appx. 9:40 PM and in words that Plaintiff cannot precisely recall, told those officers to do whatever's necessary to "break him."

4) Plaintiff has not eaten breakfast or lunch. On both occassions Plaintiff was handed an empty food tray through his feeding slot. Plaintiff will more than likely continue to not be fed. This occured on 04-18-12 and also on 04-17-12. So far, Plaintiff has not been fed for 2 days and fears further retalliation from officials. Plaintiff is certain that if he attempts to take a shower, he will be beaten by officers since the shower is out of the view of cameras and this is where beatings often take place.

5) Plaintiff is seriously in fear of his life, health and safety. Plaintiff has a matter of months before he will be released from prison and would like to leave in decent condition. To prevent irreparable insult, Plaintiff begs the court for an injunction or some other form of protection either by the Judge's order or a transfer

to a safer location or facility until his case can be heard. Plaintiff has provided affidavits from witnesses to the facts, stated herein.

WHEFORE, for the forgoing reasons, Plaintiff respectfully requests that this request be granted.

Respectfully Submitted,

*Lewis Owens*

LEWIS OWENS #T-51368
FLORIDA STATE PRISON
7819 N.W. 228th St.
Raiford, FL. 32026-1220

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument, "Plaintiff's Request for Preliminary Injunction" has been provided to: United States District Court; Clerk of Court 401 W. Central Ave. Orlando, FL. 33802 and to: Office of the Attorney General; PL-01, The Capitol Tallahassee, FL. 32399-1050. The Affidavits of and Eric Lambert are attachments to this instrument all of wich were placed in the hands of prision officials for mailing on this 23rd day of April 2012.

Respectfully Submitted,

*Lewis E. Owens*

LEWIS E. OWENS #T-51368
FLORIDA STATE PRISON
7819 N.W. 228th St.
Raiford, FL. 32026-1220